UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER FITZPATRICK,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., *et al.*,<br><br>Defendants. | No. 24-CV-8556 (KMK)<br><br><u>ORDER</u> |

At a pre-motion conference on April 3, 2026, the Court granted Plaintiff leave to file a Second Amended Complaint by no later than May 5, 2026. (*See* Dkt. (minute entry dated Apr. 3, 2026).) On August 18, 2026, the Court received a letter containing Plaintiff's Second Amended Complaint, which was delivered to Chambers on August 21, 2026. In the letter, Plaintiff claims that he attempted to timely file the Second Amended Complaint, but was not aware that he had not successfully done so until his receipt of Court's July 30, 2026 order setting a briefing schedule for Defendant Midland Credit Management's Motion to Dismiss. (*See* Dkt. No. 72.)

The Court will permit Plaintiff to file his Second Amended Complaint and will transmit it to the Clerk of Court for docketing. The briefing schedule the Court set for Defendant Midland Credit Management's Motion to Dismiss the Amended Complaint on July 30, 2026, is vacated. In light of Plaintiff filing a Second Amended Complaint, the pending Motions to Dismiss the Amended Complaint are denied as moot. *See Walsh v. Nelnet Servicing, LLC*, No. 24-CV-4325, 2025 WL 2022631, at *5 n.8 (S.D.N.Y. July 18, 2025) (terminating motion to dismiss original complaint that was "rendered moot by [the p]laintiff filing her [a]mended [c]omplaint"); *Markovic v. Milos Hy, Inc.*, No. 22-CV-1412, 2023 WL 4763807, at *14 n.8 (S.D.N.Y. July 26,

2023) (same). The Clerk of Court is respectfully directed to terminate the pending Motions at Dkt. Nos. 40, 45, 53, and 58.

SO ORDERED.

DATED: August 26, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE